UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| MANUEL CRESPO and<br>SEBASTIAN BLANCO,<br>   Plaintiffs,<br><br>v.<br><br>JUAN J. ALONSO and<br>ALONSO CONSTRUCTION, INC.,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-40129-TSH |

## ALONSO'S JURY VERDICT FORM

**Do you find from a preponderance of the evidence that:**

I.  Fair Labor Standards Act

1. Plaintiff Sebastian Blanco was an employee engaged in commerce or in the production of goods for commerce or that Sebastian Blanco was employed by an enterprise engaged in commerce or in the production of goods for commerce?

    Answer Yes or No: _____

2. That the Defendant Juan J. Alonso failed to pay Sebastian Blanco the full amount of overtime pay required by law?

    Answer Yes or No: _____

3. That the Defendant Alonso Construction, Inc. failed to pay Sebastian Blanco the full amount of overtime pay required by law?

    Answer Yes or No: _____

4. Plaintiff Manuel Crespo was an employee engaged in commerce or in the production of goods for commerce or that Manuel Crespo was employed by an enterprise engaged in commerce or in the production of goods for commerce?

      Answer Yes or No: _____

5. That the Defendant Juan J. Alonso failed to pay Manuel Crespo the full amount of overtime pay required by law?

      Answer Yes or No: _____

6. That the Defendant Alonso Construction, Inc. failed to pay Manuel Crespo the full amount of overtime pay required by law?

      Answer Yes or No: _____

**If you answered "No" to each of the preceding questions, you need not answer the remaining questions in this section and may proceed to Section II.**

7. If you answered "Yes" to Question 2 and/or Question 5, that the Defendant Juan J. Alonso either knew or showed reckless disregard for whether its conduct was prohibited by the Fair Labor Standards Act?

      Answer Yes or No: _____

8. If you answered "Yes" to Question 3 and/or Question 6, that the Defendant Alonso Construction, Inc. either knew or showed reckless disregard for whether its conduct was prohibited by the Fair Labor Standards Act?

   Answer Yes or No: _____

9. That the Plaintiff Manuel Crespo, without the knowledge of his employer, under-reported the hours he worked thereby preventing the employer from knowing the full amount of overtime worked by Manuel Crespo?

   Answer Yes or No: _____

10. That the Plaintiff Sebastian Blanco should be awarded:

    a. If you answered "Yes" to question 7 or 8, _____ [amount in words] ($ _____) [amount in numbers] for the period from July 3, 2005 through July 2, 2006;

    b. _____ [amount in words] ($ _____) [amount in numbers] for the period from July 3, 2006 through September 22, 2006.

11. That the Plaintiff Manuel Crespo should be awarded:

    a. If you answered "Yes" to question 7 or 8, _____ [amount in words] ($ _____) [amount in numbers] for the period from July 3, 2005 through July 2, 2006;

    b. _____ [amount in words] ($ _____) [amount in numbers] for the period from July 3, 2006 through October 12, 2006.

II. <u>Massachusetts Wage and Hour Laws</u>

12. That Juan J. Alonso was an employer within the meaning of the Massachusetts Wage and Hour Laws?

    Answer Yes or No: _____

13. That Alonso Construction, Inc. was an employer within the meaning of the Massachusetts Wage and Hour Laws?

    Answer Yes or No: _____

**If you answered "No" to Questions 12 and 13, you need not answer the remaining questions in this section and may sign and return this Verdict Form.**

14. That Sebastian Blanco was an employee of either Juan J. Alonso or Alonso Construction, Inc.

    Answer Yes or No: _____

15. That Manuel Crespo was an employee of either Juan J. Alonso or Alonso Construction, Inc.

      Answer Yes or No: _____

**If you answered "No" to Questions 14 and 15, you need not answer the remaining questions in this section and may sign and return this Verdict Form.**

16. That the Defendant Juan J. Alonso failed to pay Sebastian Blanco the full amount of overtime pay required by law?

      Answer Yes or No: _____

17. That the Defendant Alonso Construction, Inc. failed to pay Sebastian Blanco the full amount of overtime pay required by law?

      Answer Yes or No: _____

18. That the Defendant Juan J. Alonso failed to pay Manuel Crespo the full amount of overtime pay required by law?

      Answer Yes or No: _____

19. That the Defendant Alonso Construction, Inc. failed to pay Manuel Crespo the full amount of overtime pay required by law?

      Answer Yes or No: _____

**If you answered "No" to Questions 16 through 19 you need not answer the remaining questions in this section and may sign and return this Verdict Form.**

20. That the Plaintiff Sebastian Blanco should be awarded _____ _____ [amount in words] ($ _____)  [amount in numbers] for the period from July 3, 2006 through September 22, 2006.

21. That the Plaintiff Manuel Crespo should be awarded _____ _____ [amount in words] ($ _____)  [amount in numbers] for the period from July 3, 2006 through October 12, 2006.

SO SAY WE ALL.

                                                                                        Foreperson

DATED: _____
1002:049:verdictform

JUAN J. ALONSO and
   ALONSO CONSTRUCTION, INC.
By their attorneys,


      /s/ James N. Worden
Francis A. Shannon, III, Esq.
BBO # 560651
James N. Worden, Esq.
BBO # 647040
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA  02114
(617) 263-1313


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice Of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of October, 2010.

      /s/ James N. Worden
Francis A. Shannon, III, Esq.
James N. Worden, Esq.